UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO HENTSCHEL, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | Case No. 5:21−cv−00332 JWH (SPx) |
| vs. | |
| CUSTOMS BY ILENE, INC d/b/a DRIP CREATIONZ, a California corporation, | |
| *Defendant*. _____/ | |

## NOTICE OF SETTLEMENT

Plaintiff, Diego Hentschel, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within thirty (30) days.

Date: September 21, 2021

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Joshua Moyer
Joshua Moyer, Esq.
California Bar No. 259908
jmoyer@shamisgentile.com
401 W. A street, Suite 200
San Diego, CA 92101
Office: 305-479-2299
Fax: 786-623-0915

**Edelsberg Law, P.A.**
/s/ Scott Edelsberg
Scott Edelsberg, Esq.

California Bar No. 330990
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
Email: scott@edelsberglaw.com

*Counsel for Plaintiff*

### CERTIFICATE OF SERVICE

    I hereby certify that on September 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

                                 **SHAMIS & GENTILE, P.A.**
                                 401 W. A street, Suite 200
                                 San Diego, CA 92101
                                 Telephone (305) 479-2299
                                 Facsimile (786) 623-0915
                                 Email: efilings@shamisgentile.com

By:    */s/ Joshua Moyer*
            Joshua Moyer, Esq.
            CA Bar # 259908

            *Counsel for Plaintiff and the Class*