UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIEGO HENTSCHEL, individually and on behalf of all others similarly situated, | CLASS ACTION |
| *Plaintiff*, | Case No. 5:21−cv−00332 JWH (SPx) |
| vs. | |
| CUSTOMS BY ILENE, INC d/b/a DRIP CREATIONZ, a California corporation, | |
| *Defendant*. _____/ | |

## NOTICE OF DISMISSAL WITH PREJUDICE

Plaintiff, Diego Hentschel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this action as follows:

1. All claims of the Plaintiff, Diego Hentschel, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: October 15, 2021

Respectfully Submitted,

**Shamis & Gentile, P.A.**
*/s/ Joshua Moyer*
Joshua Moyer, Esq.
California Bar No. 259908
jmoyer@shamisgentile.com
401 W. A street, Suite 200
San Diego, CA 92101
Office: 305-479-2299
Fax: 786-623-0915

**Edelsberg Law, P.A.**

*/s/ Scott Edelsberg*
Scott Edelsberg, Esq.
California Bar No. 330990
1925 Century Park E #1700
Los Angeles, CA 90067
Telephone: 305-975-3320
Email: scott@edelsberglaw.com


*Counsel for Plaintiff*


### CERTIFICATE OF SERVICE

  I hereby certify that on October 15, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

        **SHAMIS & GENTILE, P.A.**
        401 W. A Street, Suite 200
        San Diego, CA 92101
        Telephone (305) 479-2299
        Facsimile (786) 623-0915
        Email: efilings@sflinjuryattorneys.com

By:  */s/ Joshua Moyer*
    Joshua Moyer, Esq.
    CA Bar # 259908

    *Counsel for Plaintiff*